UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

                                                                                    CASE: 24-10239-PDR
                                                                                     CHAPTER 13

**Nancy Elizabeth Burgos,**

Debtor(s)
_____

## NOTICE TO DEBTOR(S) OF ADDITIONAL CREDITORS

      Broward County, a political subdivision of the State of Florida, hereby gives Notice to Debtor(s) of Additional Creditors and informs Debtor(s) that the following certificate holder(s) purchased at auction; the pre-petition, secured, real property tax liens of Broward County, Florida, or tax deed applicants have applied for a tax deed pursuant to Florida Statutes, §197.472 and Florida Statutes, §197.502.

      As of bankruptcy petition date:

| Certificate/ Tax Deed Holder | Parcel Number | Tax Year(s) | Certificate/ Tax Deed Application # | Amount Due | Interest |
|---|---|---|---|---|---|
| AMERICAN TAX FUNDING LLC<br>801 MAPLEWOOD DR STE 4<br>JUPITER, FL 33458 | 494134-BC-0370 | 2020 to 2022 | TDA 50975 | $9,698.92 | 18% per year |

      The certificate/tax deed reflects the amount due as of the date the bankruptcy petition was filed. The claim of Broward County, Florida, if any, is specifically set forth on a separate Proof of Claim and does not include the amounts due the certificate holder(s)/tax deed applicant(s) identified herein. **The tax certificate shall be redeemed at the interest rate due or the five percent*

*(5%) mandatory charge, whichever is greater, Florida Statutes, §197.472 (2).* Broward County, Florida, does not represent the certificate holders in this matter, nor does the notice to Broward County, Florida, constitute notice to the certificate holders. The addresses of the certificate holders are set forth in the table above.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was furnished by mail and/or electronic means to:

The Certificate Holder(s)/ Tax Deed Applicant(s) listed above

The United States Bankruptcy Court:

United States Bankruptcy Court
Federal Building
299 E Broward Blvd, Rm 112
Ft. Lauderdale, FL   33301

Attorney for the Debtor:

Patrick L Cordero, Esq
7333 Coral Way
Miami, FL 33155
Email: ecfmail@pcorderolaw.com

Trustee:

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355
ecf@ch13weiner.com

                                                        Respectfully submitted,

                                                        Andrew J. Meyers
                                                        Broward County Attorney
                                                        Governmental Center, Suite 423
                                                        115 South Andrews Avenue
                                                        Fort Lauderdale, Florida 33301
                                                        Telephone:     (954) 357-7600
                                                        Telecopier:     (954) 357-7641

By /s/ Scott Andron
Scott Andron
Assistant County Attorney
Florida Bar No.112355
sandron@broward.org