UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
Nancy Elizabeth Burgos                     PROCEEDINGS UNDER CHAPTER 13
                                           CASE NO.: 24-10239-BKC-PDR
_____DEBTOR   /

**MOTION TO REINSTATE CHAPTER 13 CASE**

**COMES NOW**, the Debtor, Nancy Elizabeth Burgos, by and through the undersigned counsel and file this Motion to Reinstate Chapter 13 Case and state as follows:

1. The Debtor filed for Chapter 13 bankruptcy relief on January 11, 2024.

2. The instant case was dismissed on March 26, 2024 for failure to attend the 341 meeting of creditors.

3. That the debtor's employment at a call center with Florida Community Care, LLC is a night-time shift and did not wake up in time for the 341 meeting of creditors.

4. That the debtor will request the day off before the meeting of creditors in order not to miss the 341 meeting of creditors.

5. The Debtor wishes to reinstate this case so it can proceed in its course.

**WHEREFORE**, the Debtor, Nancy Elizabeth Burgos, respectfully request that this court grant this Motion to Reinstate Chapter 13 case.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Date: April 12, 2024

                                           Submitted By:

                                           **Law Offices of Patrick L Cordero, Esq.**
                                           *Attorney for Debtor*
                                           7333 Coral Way
                                           Miami, Florida 33155
                                           Tel: (305) 445-4855

                                           ___/s/ (FILED ECF)_____
                                           Patrick L. Cordero, Esq.
                                           FL Bar No. 801992