United States Bankruptcy Court

Southern District of Florida

In re:  
Nancy Elizabeth Burgos  
    Debtor

Case No. 24-10239-PDR  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 3  
Date Rcvd: May 14, 2024      Form ID: pdf008      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy Elizabeth Burgos, 7549 W SUNRISE BLVD Unit 6, Plantation, FL 33313-4468 |
| 97215084 | + | Apple Creek Unit Six, Inc, 7169 W Sunrise Blvd, Fort Lauderdale, FL 33313-4456 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | May 14 2024 22:31:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | May 14 2024 22:31:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2024 22:30:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 97216074 | + | Email/Text: bankruptcy@atfs.com | May 14 2024 22:32:00 | AMERICAN TAX FUNDING LLC, 801 MAPLEWOOD DR STE 4, JUPITER, FL 33458-8800 |
| 97216209 | + | Email/Text: swulfekuhle@broward.org | May 14 2024 22:31:00 | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |
| 97215085 | + | Email/Text: swulfekuhle@broward.org | May 14 2024 22:31:00 | Broward County Tax Collector, 115 S Andrews Ave A100, Fort Lauderdale, FL 33301-1888 |
| 97215089 | | Email/Text: BKBCNMAIL@carringtonms.com | May 14 2024 22:31:00 | Carrington Mortgage Services, Attn: Bankruptcy Attn: Bankruptcy, 1600 South Douglass Road , Stes 110 & 20, Anaheim, CA 92806 |
| 97215090 | | Email/Text: BKelectronicnotices@cenlar.com | May 14 2024 22:31:00 | Cenlar, Attn: Centralized Bankruptcy 425 Phillip, Ewing, NH 08618 |
| 97215086 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 14 2024 22:31:56 | Caine & Weiner, 12005 Ford Rd Ste 300, Dallas, TX 75234-7262 |
| 97215087 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2024 22:29:55 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 97215088 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 14 2024 22:29:55 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 97296880 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2024 22:49:45 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 97215091 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2024 22:30:05 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 97224910 | | Email/Text: operationsclerk@easypayfinance.com | May 14 2024 22:31:00 | Duvera dba Easypay Finance, P.O. Box 2549, |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Carlsbad, CA 92018 |
| 97215092 | | Email/Text: operationsclerk@easypayfinance.com | May 14 2024 22:31:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, PO Box 2549, Carlsbad, CA 92018-2549 |
| 97215093 | | Email/Text: bky_mail@fanniemae.com | May 14 2024 22:31:00 | Fannie Mae Mortgage Loan Company, c/o Timothy J. Mayopoulos, CEO, 3900 Wisconsin Ave Nw, Washington, DC 20016-2806 |
| 97215094 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 14 2024 22:30:12 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 97215096 | | Email/Text: bankruptcy_notices@freddiemac.com | May 14 2024 22:31:00 | Freddie Mac Mortgage Loan Company, c/o Donald H. Layton, CEO, 8200 Jones Branch Dr, Mc Lean, VA 22102-3107 |
| 97215098 | ^ | MEBN | May 14 2024 22:27:17 | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 PENNSYLVANIA AVE NW, Washington, DC 20530-0009 |
| 97215099 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 14 2024 22:31:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 97266574 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2024 22:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 97270602 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2024 22:30:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97215100 | + | Email/Text: bankruptcy@ncaks.com | May 14 2024 22:31:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, PO Box 3023, Hutchinson, KS 67504-3023 |
| 97215101 | | Email/Text: bankruptcy@oliphantfinancial.com | May 14 2024 22:32:00 | Oliphant Usa, 1800 2nd St, Sarasota, FL 34236 |
| 97289398 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2024 22:29:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 97215095 | | Email/Text: bankruptcy@sequium.com | May 14 2024 22:31:00 | Focus Receivables Management, LLC, 1130 Northchase Parkway SE Suite 150, Marietta, GA 30067-6420 |
| 97226077 | + | Email/Text: bankruptcy@bbandt.com | May 14 2024 22:32:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 97215097 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | May 14 2024 22:31:00 | Honorable Markenzy Lapointe, US Attorney for Southern District, 99 Ne 4th St, Miami, FL 33132-2131 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 3 of 3 |
| Date Rcvd: May 14, 2024 | Form ID: pdf008 | Total Noticed: 30 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Patrick L Cordero, Esq | on behalf of Debtor Nancy Elizabeth Burgos ecfmail@pcorderolaw.com  PatrickLCordero@jubileebk.net |
| Robin R Weiner | ecf@ch13weiner.com  ecf2@ch13weiner.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

■    Original Plan
☐    Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐    Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Nancy Elizabeth Burgos    JOINT DEBTOR:    CASE NO.: 24-10239-PDR
SS#: xxx-xx- 0383    SS#: xxx-xx-

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $392.27 for months 1 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE    ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $5,200.00 | Total Paid: | $950.00 | Balance Due: | $4,250.00 |
| Payable | $330.00 | /month (Months 1 to 5) | | | |
| Payable | $325.00 | /month (Months 6 to 13) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$5000.00 + $200.00 (cost) = $5200.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS    ☐ NONE

**A. SECURED CLAIMS:** ■ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Broward County Tax Collector
   Address: 115 S Andrews Ave A100, Fort Lauderdale, FL 33301
   Last 4 Digits of Account No.: 0370

   Arrearage/ Payoff on Petition Date $12,068.00 @ 0.25 % =$12,145.00
   Payoff (Including 0.25% monthly interest $20.01 /month (Months 1 to 5)
   Payoff (Including 0.25% monthly interest $20.01 /month (Months 6 to 13)
   Payoff (Including 0.25% monthly interest $252.88 /month (Months 14 to 60)

   Other:

| ■ Real Property | Check one below for Real Property: |
|---|---|
| ■ Principal Residence | ☐ Escrow is included in the regular payments |
| ☐ Other Real Property | ■ The debtor(s) will pay  ■ taxes  ☐ insurance directly |
| Address of Collateral: 7549 W Sunrise Blvd Unit 6 Plantation, FL 33313 | |
| ☐ Personal Property/Vehicle | |
| Description of Collateral: | |

B. **VALUATION OF COLLATERAL:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** ■ NONE

E. **DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee. The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Apple Creek Unit Six, Inc | #6 | 7549 W Sunrise Blvd Unit 6 Plantation, FL 33313 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

　　A. Pay $6.60 /month (Months 1 to 5)

　　　Pay $11.60 /month (Months 6 to 13)

　　　Pay $103.73 /month (Months 14 to 60)

　　Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

　　B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

　　C. SEPARATELY CLASSIFIED: ■ NONE

VI. **STUDENT LOAN PROGRAM** ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**

　　■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

IX. **NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ [signature]          Debtor   01/11/2024                    Joint Debtor
Nancy Elizabeth Burgos              Date                                                    Date

_____                    Date
Attorney with permission to sign on
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.