UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:  
Nancy E. Burgos

PROCEEDING UNDER CHAPTER 13  
CASE NO.: 24-10239-BKC-PDR

_____ **DEBTOR(S)** __/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ■ No further action is necessary.

2) The following actions have been taken:

☐ The debtor has filed an objection to the proof of claim filed by _____.

☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____ _____.

☐ Other: _____ _____ _____ .

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on August 2, 2024____.

The Law Offices of Patrick L. Cordero, P.A.  
*Attorney for the Debtor(s)*  
7333 Coral Way  
Miami, FL 33155  
(305) 445-4855 (Ph.)  
(305) 445-9483 (Fax)

____/s/ FILED VIA CM/ECF_____.  
Patrick L. Cordero, Esq.  
FL Bar No. 801992